IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02567-MSK-MJW

ALEX JOHNSON, a minor child, by and through his parents and next friend, Bernard and Mickie Johnson; and
FRED WATSON GARRETT, IV, a minor child, by and through his parents and next friend, Michelle Kitts and Fred Watson Garrett III,

       Plaintiffs,

v.

DENVER VENTURE CHARTER SCHOOL;
BOARD OF DIRECTORS, John and Jane Doe 1-10, in their official and individual capacity;
AMI DESAI, in her official and individual capacity;
JESSICA HEFFELFINGER, in her official and and individual capacity; and
DEFENDANT CAMPBELL (First name unknown) in his official and individual capacity,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 28th day of October, 2010.

                                         **BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge