IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:10-CV-02567-MSK-MJW

ALEX JOHNSON, a minor child, by and through his parents and next friend, BERNARD AND MICKIE JOHNSON, FRED WATSON GARRETT IV, a minor child, by and through his parents and next friend, MICHELLE KITTS AND FRED WATSON GARRETT III
        Plaintiffs,

v.

DENVER VENTURE CHARTER SCHOOL
BOARD OF DIRECTORS, JOHN AND JANE DOE 1-10, in their official and individual capacity
AMI DESAI, in her official and individual capacity,
JESSICA HEFFELFINGER, in her official and individual capacity, and
DEFENDANT CAMPBELL (First name unknown) in his official and individual capacity.

        Defendants.

## ORDER TO AMEND CASE CAPTION ( Docket No 26 )

In light of Plaintiffs' Motion to Amend Case Caption, the Court DIRECTS the Clerk of Court to amend caption in the above referenced matter as follows:

ALEX JOHNSON, a minor child, by and through his parents and next friend, BERNARD AND MICKIE JOHNSON, FRED WATSON GARRETT IV, a minor child, by and through his parents and next friend, MICHELLE KITTS AND FRED WATSON GARRETT III
        Plaintiffs,

v.

DENVER VENTURE CHARTER SCHOOL
BOARD OF DIRECTORS, JOHN AND JANE DOE 1-10, in their official and individual capacity
AMI DESAI, in her official and individual capacity,
JESSICA HEFFELFINGER, in her official and individual capacity, and
JEFFREY CAMPBELL, in his official and individual capacity.

        Defendants.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the above changes in the Defendant section in this case.

1

10-CV 2567- MSK-MJW

Dated: February 15, 2011

BY THE COURT:

*(signature)*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2