IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02567-MSK-MJW

ALEX JOHNSON, a minor child, by and through his parents and next friend, BERNARD JOHNSON, and MICKIE JOHNSON,
FRED WATSON GARRETT IV, a minor child, by and through his parents and next friend,
MICHELLE KITTS, and,
FRED WATSON GARRETT III,
Plaintiffs,

v.

DENVER VENTURE CHARTER SCHOOL BOARD OF DIRECTORS,
JOHN AND JANE DOE 1-10, in their official and individual capacity,
AMI DESAI, in her official and individual capacity,
JESSICA HEFFELFINGER, in her official and individual capacity, and
JEFFREY CAMPBELL, in his official and individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion for Protective Order, DN 30, filed with the Court on February 23, 2011, is GRANTED.  The Protective Order (DN 30-1) is APPROVED as submitted and is made an Order of the court.

Date:   February 28, 2011